**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DARREN EADES,

                    Petitioner

          v.

PHILADELPHIA COMMON PLEAS
COURTS,

                    Respondent

No. 101 EM 2015

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of October, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks mandamus relief, are **GRANTED**. The court of common pleas is **DIRECTED** to dispose of the pending habeas corpus filing within 90 days.